24-4155(L), 24-4157

# United States Court of Appeals
## for the
## Fourth Circuit

UNITED STATES OF AMERICA,

*Plaintiff/Appellee*,

– v. –

CALVIN DEVONTE BUSH, a/k/a Calvin D. Bush,

*Defendant/Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA AT GREENSBORO

# OPENING BRIEF OF APPELLANT

EUGENE E. LESTER, III
LESTER LAW
400 Bellemeade Street
Suite 702
Greensboro, North Carolina 27401
(336) 522-6853

*Counsel for Appellant*

CP COUNSEL PRESS    (800) 4-APPEAL • (810530)

# TABLE OF CONTENTS

                                                                                                      **Page**

TABLE OF AUTHORITIES ................................................................................ ii

JURISDICTIONAL STATEMENT .................................................................... 1

ISSUE PRESENTED FOR REVIEW .................................................................. 1

STATEMENT OF THE CASE ............................................................................ 1

SUMMARY OF THE ARGUMENT ................................................................... 3

ARGUMENT ....................................................................................................... 3

      Standard of Review ..................................................................................... 3

    I.     MR. BUSH CHALLENGES THE CONSTITUTIONALITY
          OF SECTION 922(g)(1) AS APPLIED TO HIS
          UNDERLYING FELONY CONVICTIONS ....................................... 3

CONCLUSION .................................................................................................... 5

CERTIFICATE OF COMPLIANCE

CERTIFICATE OF FILING AND SERVICE

# TABLE OF AUTHORITIES

Page(s)

**Cases:**

*Range v. Attorney General*,
   69 F.4th 96 (3d Cir. 2023) .................................................................................. 3-4

*United States v. Canada*,
   No. 22-4519, 2024 WL 2807182 (4th Cir. June 3, 2024) ...................................... 3

*United States v. Gay*,
   98 F.4th 843 (7th Cir. 2024) .................................................................................. 3

**Statutes & Other Authorities:**

U.S. Const., Amend. II ............................................................................................. 3, 4

18 U.S.C. § 922(g)(1) ........................................................................................ 1, 3, 4, 5

18 U.S.C. § 924(a)(8) ..................................................................................................... 1

18 U.S.C. § 3231 ............................................................................................................ 1

28 U.S.C. § 1291 ............................................................................................................ 1

Fed. R. App. P. 4(b) ...................................................................................................... 1

# JURISDICTIONAL STATEMENT

This is an appeal from final judgments entered by the United States District Court for the Middle District of North Carolina on March 14, 2024, by the Honorable Judge Thomas D. Schroeder. (JA81, JA89). Timely notices of appeal were filed on March 18, 2024, in accordance with Rule 4(b) of the Federal Rules of Appellate Procedure. (JA99, JA101). The District Court had jurisdiction of this action pursuant to 18 U.S.C. § 3231. The jurisdiction of the Court of Appeals is invoked under 28 U.S.C. § 1291.

# ISSUE PRESENTED FOR REVIEW

Whether 18 U.S.C § 922(g)(1) is unconstitutional as applied to Mr. Bush's convictions for felon-in-possession on November 19, 2020, and December 6, 2023.

# STATEMENT OF THE CASE

Calvin Devonte Bush was indicted in the Middle District of North Carolina on August 28, 2023, in a one-count indictment. (JA12). He was charged in Count One with possession of a firearm by a felon in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). (JA12). A plea agreement was filed on November 29, 2023. (JA14). Mr. Bush pleaded guilty to Count One of the indictment on December 6, 2023. (JA10, Minute Entry).

A factual basis was filed on December 5, 2023. (JA24). The factual basis sets forth three earlier felony convictions and sentences of imprisonment: a 2012

conviction in Lee County Superior Court for breaking and entering with a sentence of 6 to 17 months imprisonment; 2013 convictions in Lee County Superior Court for attempted robbery with a dangerous weapon and assault with a deadly weapon with intent to kill inflicting serious injury for which he received a consolidated term of 50 to 72 months imprisonment; and a 2020 conviction in the United States District Court for the Middle District to of North Carolina for possession of a firearm by a felon resulting in a sentence of imprisonment of 42 months. (JA26).

Mr. Bush was sentenced on March 12, 2024, to 46 months' imprisonment and three years' supervised release for his conviction for felon in possession of a firearm on December 6, 2023. (JA59-60). Also on March 12, 2024, his supervised release was revoked for, among other things, being convicted of the offense of felon in possession of a firearm on December 6, 2023. (JA75-76). Mr. Bush was sentenced to an additional 14 months imprisonment (consecutive to the 46 months) for the revocation violation with no additional term of supervision imposed. (JA90). The basis for Mr. Bush's supervised release was an earlier conviction for felon in possession of a firearm on November 19, 2020. (JA89, JA91) For that offense, he was originally sentenced to 42 months' imprisonment and three years' supervised release. (JA92-93).

Notices of appeal from Mr. Bush's convictions for felon in possession and supervised release were filed on March 18, 2024. (JA99, JA101).

# SUMMARY OF THE ARGUMENT

The District Court failed to find facts to conclude that Mr. Bush is a violent offender who is prohibited from possessing firearms where the Second Amendment protects his right to bear arms.

# ARGUMENT

Standard of Review

Mr. Bush's Second Amendment claim is reviewed *de novo*. *United States v. Canada*, No. 22-4519, 2024 WL 2807182, at *1 (4th Cir. June 3, 2024).

## I. MR. BUSH CHALLENGES THE CONSTITUTIONALITY OF SECTION 922(g)(1) AS APPLIED TO HIS UNDERLYING FELONY CONVICTIONS

The Fourth Circuit has held that Section 922(g)(1) is facially constitutional. *Id*. However, this Court's holding is narrow and does not rule out some as–applied challenges of unconstitutionality to Section 922(g)(1). *Id*. For this appeal, Mr. Bush contends that the Second Amendment permits people, like him, with felony convictions to possess firearms.

The Supreme Court has not yet considered the question of whether non-violent offenders may challenge the constitutionality of Section 922(g)(1). *United States v. Gay,* 98 F.4th 843, 846 (7th Cir. 2024). The Third Circuit has held that the Second Amendment protects a non-violent criminal's right to bear arms. *Range v.*

*Attorney General*, 69 F.4th 96 (3d Cir. 2023) *(en banc), petition for certiorari pending under the name Garland v. Range* (No. 23-374).

Here, the offense conducted in support of his convictions on November 19, 2020, and December 6, 2023, were non-violent. He merely possessed the firearms, peacefully, when his status was discovered. First, when police entered a residence to serve a warrant, and second when police performed a routine traffic stop. (JA115-116, and JA110-112).

Mr. Bush's earlier conviction in 2020 in the United States District Court for the Middle District of North Carolina for possession of a firearm by a felon, cannot support a conviction under Section 922(g)(1) based on the non-violent nature of the offense conduct. (JA115). Similarly, Mr. Bush's conviction for the breaking and entering offense in 2012, suggests that property was stolen without resort to violence. (JA114-115). This leaves, only, Mr. Bush's conviction from 2013 where it is alleged that he shot the victim, with the intent to inflict serious injury. (JA115). While this conviction may qualify as a violent offense, the government does not identify which felony conviction disqualifies Mr. Bush from the protection of the Second Amendment's right to bear arms. Moreover, there are no findings by the district court to support its conclusion as a matter of law that under the Constitution he is a prohibited person from possessing firearms.

# CONCLUSION

For the foregoing reasons, Mr. Bush requests that his sentences be vacated and remanded for findings whether the offense conduct from any of his earlier felony convictions supports a finding of violence to overcome an as-applied constitutional challenge to either of his convictions for felonies in possession of a firearm under Section 922(g)(1).

This the 12th day of June, 2024.

>	Respectfully submitted,
>
>	/s/ Eugene E. Lester III
>	Eugene E. Lester III
>	N.C. State Bar No. 23255
>	Lester Law
>	400 Bellemeade Street, Suite 702
>	Greensboro, NC 27401
>	Telephone: (336) 522-6853
>	Facsimile: (336) 522-6859
>	Email: elester@lesterlawgroup.com

# CERTIFICATE OF COMPLIANCE

1. This brief complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) (cover page, disclosure statement, table of contents, table of citations, statement regarding oral argument, signature block, certificates of counsel, addendum, attachments):

   [ X ] this brief contains [937] words.

   [  ] this brief uses a monospaced type and contains [*state the number of*] lines of text.

2. This brief complies with the typeface and type style requirements because:

   [ X ] this brief has been prepared in a proportionally spaced typeface using [*Microsoft Word 365*] in [*14pt Times New Roman*]; *or*

   [  ] this brief has been prepared in a monospaced typeface using [*state name and version of word processing program*] with [*state number of characters per inch and name of type style*].

Dated:  June 12, 2024                          /s/ Eugene E. Lester III
                                               *Counsel for Appellant*

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 12th day of June, 2024, I caused this Brief of Appellant and Joint Appendix to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

> LAURA J. DILDINE
> OFFICE OF THE U.S. ATTORNEY
> 101 South Edgeworth Street
> 4th Floor
> Greensboro, North Carolina 27401
> (336) 332-6334
>
> *Counsel for Appellee*

I further certify that on this 12th day of June, 2024, I caused a copy of the Sealed Volume of the Joint Appendix to be served, via FedEx, upon counsel for the Appellee, at the above address.

/s/ Eugene E. Lester III
*Counsel for Appellant*
